# EXHIBIT 10

EXHIBIT 10
PAGE 110

Français    About Us    Careers    Media Partners    Blog

SITE    NEWS

POWERED BY
SYSOMOS

PRODUCTS        SOLUTIONS        NEWSROOM        RESOURCES        CONTACT US        SIGN IN

**SOURCE: Strategic Global Investments, Inc.**

March 27, 2014 08:14 ET

# Strategic Global Releases Update on Progress

CARLSBAD, CA--(Marketwired - Mar 27, 2014) - Strategic Global Investments, Inc. (OTC Pink: STBV) (PINKSHEETS: STBV) is pleased to announce that the Company seeks to update shareholders on the achievement of recent corporate milestones.

Andy Fellner states, "This has been a very busy quarter. It's our intent to keep our shareholders and investors fully informed as we reach our goals and begin to gain traction in our endeavors. The following is a list of recent objectives we have reached."

- Company has signed a new 2 year lease in San Diego with option at current studio/offices
- Company has initiated a plan to upgrade studio equipment and begin planning for the building of new and virtual studios
- Bearpot has completed all electrical and structural upgrades to facility
- Bearpot has completed new state of the art equipment purchase from Growlife
- Bearpot has successfully completed the installation of all new equipment at facility

"We are now finished with this essential phase of the Bearpot operation," stated Andy Fellner, Company CEO, furthermore, he stated, "We have acquired the highest quality equipment for this operation, and are confident that the facility will run extremely efficient. The plans to continue growth for our media sector continue to evolve."

**About Strategic Global Investments:** Strategic Global Investments is a company engaged in providing its customers with various venues to reach their target audience with on demand programming or advertising through Wazillo.com and WazilloMedia.com. WazilloMedia.com is involved in the production of videos for customers and consumers permitting the use of the Company's state of the art studios to produce their own videos and the use of a website where subscribers can make available live, streaming video for their potential audience. The Company produces Internet content, taped video shows, in their state-of-the-art studios in San Diego, California, where the productions can be stored and replayed on Demand 24/7 through the Company's cutting edge Content Management System. For more information visit our website at: www.strategicglobalinvestments.com

Safe Harbor Act: Forward-Looking Statements are included within the meaning of Section 27A of the Securities Act of 1933, and Section 21E of the Securities Exchange Act of 1934, as amended. All statements regarding our expected future financial position, results of operations, cash flows, financing plans, business strategy, products and services, competitive positions, growth opportunities, plans and objectives of management for future operations, including words such as "anticipate," "if," "believe," "plan," "estimate," "expect," "intend," "may," "could," "should," "will," and other similar expressions are forward-looking statements and involve risks, uncertainties and contingencies, many of which are beyond our control, which may cause actual results, performance, or achievements to differ materially from anticipated results, performance, or achievements. We are under no obligation to (and expressly disclaim any such obligation to) update or alter our forward-looking statements, whether as a result of new information, future events or otherwise.

## Contact Information

**CONTACT:**
Media Relations

EXHIBIT 10
PAGE 111

Andrew Fellner
760-685-7171
Website: http://www.strategicglobalinvestments.net/
E-mail: Andy@wazillo.com



View Full Site

### About Marketwired

Marketwired News
Careers
Community Builders
Privacy
Site Map
Accessibility

### Products

Marketwired Resonate
Marketwired Influencers
News Distribution
IR/PR Newsroom (Impress)
Media Database (Mediahub)

### Resources

Brochures
Case Studies
E-Books / Tip Sheets
Webinars / Videos
Testimonials

### Newsroom

All News
Headlines Only
Advanced Search
RSS Newsfeeds
Hot Off the Wire
Personal Beat
CASL Compliance

### Connect With Us

Copyright ©2016 Marketwired L.P. All rights reserved.  Legal

EXHIBIT 10
PAGE 112