# EXHIBIT 17

EXHIBIT 17
PAGE 165

# In The Matter Of:

*Securities and Exchange Commission v. Strategic Global Investments, Inc., et al.*

*Andrew T. Fellner*
*December 13, 2016*

*Behmke Reporting and Video Services, Inc.*
*160 Spear Street, Suite 300*
*San Francisco, California 94105*
*(415) 597-5600*

Original File 30726Fellner.txt
Min-U-Script® with Word Index

EXHIBIT 17
PAGE 166

Securities and Exchange Commission v.
Strategic Global Investments, Inc., et al.

Andrew T. Fellner
December 13, 2016

Page 1

1        UNITED STATES DISTRICT COURT
2        SOUTHERN DISTRICT OF CALIFORNIA
3
4   - - - - - - - - - - - - - - - - -
5   SECURITIES AND EXCHANGE COMMISSION, )
6                                       )
7        Plaintiff,        ) CASE NO.
8   VS.                    ) 16-CV-00514-H-JLB
9   STRATEGIC GLOBAL INVESTMENTS, INC. )
10  AND ANDREW T. FELLNER,             )
11       Defendants.       )
12  - - - - - - - - - - - - - - - - -
13
14
15
16        DEPOSITION OF ANDREW T. FELLNER
17          TUESDAY, DECEMBER 13, 2016
18
19
20
21        BEHMKE REPORTING AND VIDEO SERVICES, INC.
22        BY: PAULA A. PYBURN, CSR NO. 7304, RPR, CLR
23                  160 SPEAR STREET, SUITE 300
24                  SAN FRANCISCO, CALIFORNIA 94105
25                             (415) 597-5600

Page 2

8        Deposition of ANDREW T. FELLNER, taken on behalf
9   of Plaintiff, at 525 B Street, Suite 1500, San Diego,
10  California, commencing at 10:57 A.M., TUESDAY,
11  DECEMBER 13, 2016, before Paula A. Pyburn, Certified
12  Shorthand Reporter No. 7304, RPR, CLR, pursuant to
13  Notice.

Page 3

1   APPEARANCES OF COUNSEL:
2   FOR PLAINTIFF - (TELEPHONICALLY):
3       SECURITIES AND EXCHANGE COMMISSION
4       BY:  ANDREW O. SCHIFF, REGIONAL TRIAL COUNSEL
5       801 Brickell Avenue, Suite 1800
6       Miami, Florida 33131
7       Telephone:  (305) 982-6390
8       Email:  schiffa@sec.gov
9
10  FOR DEFENDANTS:
11      LAW OFFICES OF MICHAEL W. JACOBS
12      BY:  MICHAEL W. JACOBS, ATTORNEY AT LAW
13      525 B Street, Suite 1500
14      San Diego, California 92101
15      Telephone:  (619) 858-4748
16      Email:  mjacobslaw12@gmail.com

Page 4

1                    INDEX
2   TUESDAY, DECEMBER 13, 2016
3   ANDREW T. FELLNER                          Page
4     Examination by MR. SCHIFF                  6
5
6                    -o0o-
7
8
9            QUESTIONS NOT ANSWERED:
10              PAGE       LINE
11               7           9
12               7          21
13               7          25
14               8           4
15               8           8
16               8          14
17               8          19
18               8          21
19               9           1
20               9           6
21               9           8
22               9          13
23               9          17

Page 5

```
1                EXHIBITS
2            ANDREW T. FELLNER
3   Number        Description            Page
4   Exhibit 1   Testimony of Andrew Tivadar
5               Fellner Before the SEC on
6               February 24, 2015 - 14 pages    6
7
8
```

Page 6

1      TUESDAY, DECEMBER 13, 2016; 10:57 A.M.
2
3             ANDREW T. FELLNER,
4   having been duly sworn, testified as follows:
5
6                EXAMINATION
7   BY MR. SCHIFF:
8      Q   Good morning, Mr. Fellner.
9      A   Hi. How are you?
10     Q   My name -- I'm Andrew Schiff. I represent the
11  Securities and Exchange Commission in this case. We're
12  going to go forward with your deposition.
13     A   Okay.
14     Q   I say this in every case, but particularly since
15  we have a telephone hookup, if you're not sure whether
16  you heard or understood my question, please don't answer
17  it. Please ask me to clarify or simply to repeat it.
18         Fair enough?
19     A   Sure. That's good.
20     Q   Thank you.
21         Could the court reporter give the witness
22  Exhibit 1.
23         MR. JACOBS: We got it.
24         MR. SCHIFF: Great.
25         (Whereupon, Plaintiff's Exhibit 1 was marked

Page 7

1   for identification by the Court Reporter.)
2   BY MR. SCHIFF:
3      Q   Mr. Fellner, is Exhibit 1 your investigative
4   testimony taken on February 24th, 2015?
5          MR. JACOBS: That is the document in front of
6   him, yes.
7          THE WITNESS: Yes.
8   BY MR. SCHIFF:
9      Q   Okay. Sir, are there any questions you were
10  asked at your investigative testimony to which you would
11  now like to answer, or do you continue to assert your
12  Fifth Amendment privilege?
13     A   I'm going to continue to assert my Fifth
14  Amendment privilege.
15     Q   Okay. And I have just a few additional
16  questions. And, again, if you choose to assert your
17  Fifth Amendment privilege, you can just say, "I take the
18  Fifth."
19         Is that agreed?
20     A   Yes.
21     Q   Okay. Sir, prior to March 27th, 2014, did you
22  attempt to find out whether marijuana cultivation was
23  permitted in unincorporated Teller County, Colorado?
24     A   I take the Fifth.
25     Q   Prior to March 27th, 2014, had you received any

Page 8

1   information about whether marijuana cultivation was
2   permitted in unincorporated Teller County, Colorado?
3      A   I take the Fifth.
4      Q   Describe any information you received about
5   whether marijuana cultivation was permitted in
6   unincorporated Teller County, Colorado.
7      A   I take the Fifth.
8      Q   Prior to March 27th, 2014, did you attempt to
9   find out whether Strategic Global Investments or Bearpot,
10  B, as in boy, e-a-r-p, as in Peter, o-t -- Strategic
11  Global Investments or Bearpot would be able to obtain a
12  Colorado license to cultivate marijuana?
13     A   I take the Fifth.
14     Q   Prior to March 27th, 2014, had you received any
15  information about whether Strategic Global Investments or
16  Bearpot would be able to obtain a Colorado license to
17  cultivate marijuana?
18     A   I take the Fifth.
19     Q   What information did you receive?
20     A   I take the Fifth.
21     Q   Prior to March 27th, 2014, did you attempt to
22  find out whether your status as a nonresident of Colorado
23  would affect the ability of Strategic or Bearpot to
24  obtain a Colorado license to cultivate marijuana?
25     A   I take the Fifth.

EXHIBIT 17  
PAGE 168

Page 9

1  Q  Prior to March 27th, 2014, had you received any
2  information about whether your status as a nonresident of
3  Colorado would affect the ability of Strategic or Bearpot
4  to obtain a Colorado license to cultivate marijuana?
5  A  I take the Fifth.
6  Q  What information did you receive?
7  A  I take the Fifth.
8  Q  Mr. Fellner, would you continue to assert the
9  Fifth Amendment privilege regarding all questions
10  pertaining to Strategic's entry into the Colorado
11  marijuana cultivation market?
12  A  Yes.
13  Q  Would you continue to assert the Fifth Amendment
14  privilege regarding all questions regarding the press
15  releases issued by Strategic in February and March 2014?
16  A  Yes.
17  Q  And, finally, would you continue to assert the
18  Fifth Amendment privilege regarding any other matters
19  pertaining to the amended complaint in this case?
20  A  Yes.
21     MR. SCHIFF: Mr. Jacobs, do you have any
22  questions?
23     MR. JACOBS: Not of my own witness, no.
24     MR. SCHIFF: Okay.
25     That would conclude the deposition.

Page 10

1     MR. JACOBS: Okay, great.  Let's go off the
2  record -- done?
3     MR. SCHIFF: Yes.
4     MR. JACOBS: Okay.  Can I ask you two questions?
5     THE REPORTER: Off the record?
6     MR. JACOBS: Yeah, off the record.
7       (At 11:02 a.m., the deposition
8  proceedings concluded.)
9
10
11
12
13     _____
14         ANDREW T. FELLNER
15
16
17
18
19
20
21
22
23
24
25

Page 11

1  STATE OF CALIFORNIA    )
2                         )
3  COUNTY OF RIVERSIDE    )
4       I hereby certify that the witness in the
5  foregoing deposition, ANDREW T. FELLNER, was by me duly
6  sworn to testify to the truth, the whole truth and
7  nothing but the truth, in the within-entitled cause; that
8  the said deposition was taken at the time and place
9  herein named; that the deposition is a true record of the
10  witness's testimony as reported by me, a duly certified
11  shorthand reporter and a disinterested person, and was
12  thereafter transcribed into typewriting by computer.
13       I further certify that I am not interested in
14  the outcome of the said action, nor connected with, nor
15  related to any of the parties in said action, nor to
16  their respective counsel.
17       IN WITNESS WHEREOF, I have hereunto set my hand
18  this 14th day of December, 2016.
19  Reading and Signing was:
20  ___ requested   ___ waived  _X_ not requested
21
22       *Paula A. Pyburn*
23
24       PAULA A. PYBURN, CSR NO. 7304, RPR, CLR
25       STATE OF CALIFORNIA

**—**

**_X_ (1)**
  11:20

**A**

**ability (2)**
  8:23;9:3
**able (2)**
  8:11,16
**action (2)**
  11:14,15
**additional (1)**
  7:15
**affect (2)**
  8:23;9:3
**again (1)**
  7:16
**agreed (1)**
  7:19
**amended (1)**
  9:19
**Amendment (6)**
  7:12,14,17;9:9,13,18
**ANDREW (4)**
  6:3,10;10:14;11:5
**assert (6)**
  7:11,13,16;9:8,13,17
**attempt (3)**
  7:22;8:8,21

**B**

**Bearpot (5)**
  8:9,11,16,23;9:3
**boy (1)**
  8:10

**C**

**CALIFORNIA (2)**
  11:1,25
**can (2)**
  7:17;10:4
**case (3)**
  6:11,14;9:19
**cause (1)**
  11:7
**certified (1)**
  11:10
**certify (2)**
  11:4,13
**choose (1)**
  7:16
**clarify (1)**
  6:17
**CLR (1)**
  11:24
**Colorado (10)**
  7:23;8:2,6,12,16,22,
  24;9:3,4,10

**Commission (1)**
  6:11
**complaint (1)**
  9:19
**computer (1)**
  11:12
**conclude (1)**
  9:25
**concluded (1)**
  10:8
**connected (1)**
  11:14
**continue (5)**
  7:11,13;9:8,13,17
**counsel (1)**
  11:16
**County (4)**
  7:23;8:2,6;11:3
**court (2)**
  6:21;7:1
**CSR (1)**
  11:24
**cultivate (4)**
  8:12,17,24;9:4
**cultivation (4)**
  7:22;8:1,5;9:11

**D**

**day (1)**
  11:18
**DECEMBER (2)**
  6:1;11:18
**deposition (6)**
  6:12;9:25;10:7;11:5,
  8,9
**Describe (1)**
  8:4
**disinterested (1)**
  11:11
**document (1)**
  7:5
**done (1)**
  10:2
**duly (3)**
  6:4;11:5,10

**E**

**e-a-r-p (1)**
  8:10
**enough (1)**
  6:18
**entry (1)**
  9:10
**EXAMINATION (1)**
  6:6
**Exchange (1)**
  6:11
**Exhibit (3)**
  6:22,25;7:3

**F**

**Fair (1)**
  6:18
**February (2)**
  7:4;9:15
**FELLNER (6)**
  6:3,8;7:3;9:8;10:14;
  11:5
**few (1)**
  7:15
**Fifth (16)**
  7:12,13,17,18,24;
  8:3,7,13,18,20,25;9:5,
  7,9,13,18
**finally (1)**
  9:17
**find (3)**
  7:22;8:9,22
**follows (1)**
  6:4
**foregoing (1)**
  11:5
**forward (1)**
  6:12
**front (1)**
  7:5
**further (1)**
  11:13

**G**

**Global (3)**
  8:9,11,15
**Good (2)**
  6:8,19
**Great (2)**
  6:24;10:1

**H**

**hand (1)**
  11:17
**heard (1)**
  6:16
**hereby (1)**
  11:4
**herein (1)**
  11:9
**hereunto (1)**
  11:17
**Hi (1)**
  6:9
**hookup (1)**
  6:15

**I**

**identification (1)**
  7:1
**information (6)**
  8:1,4,15,19;9:2,6

**interested (1)**
  11:13
**into (2)**
  9:10;11:12
**investigative (2)**
  7:3,10
**Investments (3)**
  8:9,11,15
**issued (1)**
  9:15

**J**

**JACOBS (7)**
  6:23;7:5;9:21,23;
  10:1,4,6

**L**

**license (4)**
  8:12,16,24;9:4

**M**

**March (7)**
  7:21,25;8:8,14,21;
  9:1,15
**marijuana (8)**
  7:22;8:1,5,12,17,24;
  9:4,11
**marked (1)**
  6:25
**market (1)**
  9:11
**matters (1)**
  9:18
**morning (1)**
  6:8

**N**

**name (1)**
  6:10
**named (1)**
  11:9
**nonresident (2)**
  8:22;9:2
**nor (3)**
  11:14,14,15

**O**

**obtain (4)**
  8:11,16,24;9:4
**off (3)**
  10:1,5,6
**o-t (1)**
  8:10
**out (3)**
  7:22;8:9,22
**outcome (1)**
  11:14
**own (1)**

9:23

**P**

**particularly (1)**
  6:14
**parties (1)**
  11:15
**PAULA (1)**
  11:24
**permitted (3)**
  7:23;8:2,5
**person (1)**
  11:11
**pertaining (2)**
  9:10,19
**Peter (1)**
  8:10
**place (1)**
  11:8
**Plaintiff's (1)**
  6:25
**please (2)**
  6:16,17
**press (1)**
  9:14
**prior (6)**
  7:21,25;8:8,14,21;
  9:1
**privilege (6)**
  7:12,14,17;9:9,14,18
**proceedings (1)**
  10:8
**PYBURN (1)**
  11:24

**R**

**Reading (1)**
  11:19
**receive (2)**
  8:19;9:6
**received (4)**
  7:25;8:4,14;9:1
**record (4)**
  10:2,5,6;11:9
**regarding (4)**
  9:9,14,14,18
**related (1)**
  11:15
**releases (1)**
  9:15
**repeat (1)**
  6:17
**reported (1)**
  11:10
**reporter (4)**
  6:21;7:1;10:5;11:11
**represent (1)**
  6:10
**requested (2)**
  11:20,20
**respective (1)**

Min-U-Script®     **BEHMKE REPORTING AND VIDEO SERVICES, INC.**
    **(415) 597-5600**
    **(1) _X_ - respective**

EXHIBIT 17
PAGE 170

11:16
**RIVERSIDE (1)**
  11:3
**RPR (1)**
  11:24

### S

**SCHIFF (8)**
  6:7,10,24;7:2,8;9:21,
  24;10:3
**Securities (1)**
  6:11
**set (1)**
  11:17
**shorthand (1)**
  11:11
**Signing (1)**
  11:19
**simply (1)**
  6:17
**STATE (2)**
  11:1,25
**status (2)**
  8:22;9:2
**Strategic (6)**
  8:9,10,15,23;9:3,15
**Strategic's (1)**
  9:10
**sure (2)**
  6:15,19
**sworn (2)**
  6:4;11:6

### T

**telephone (1)**
  6:15
**Teller (3)**
  7:23;8:2,6
**testified (1)**
  6:4
**testify (1)**
  11:6
**testimony (3)**
  7:4,10;11:10
**thereafter (1)**
  11:12
**transcribed (1)**
  11:12
**true (1)**
  11:9
**truth (3)**
  11:6,6,7
**TUESDAY (1)**
  6:1
**two (1)**
  10:4
**typewriting (1)**
  11:12

### U

**understood (1)**
  6:16
**unincorporated (3)**
  7:23;8:2,6

### W

**waived (1)**
  11:20
**WHEREOF (1)**
  11:17
**Whereupon (1)**
  6:25
**whole (1)**
  11:6
**within-entitled (1)**
  11:7
**witness (5)**
  6:21;7:7;9:23;11:4,
  17
**witness's (1)**
  11:10

### 1

**1 (3)**
  6:22,25;7:3
**10:57 (1)**
  6:1
**11:02 (1)**
  10:7
**13 (1)**
  6:1
**14th (1)**
  11:18

### 2

**2014 (7)**
  7:21,25;8:8,14,21;
  9:1,15
**2015 (1)**
  7:4
**2016 (2)**
  6:1;11:18
**24th (1)**
  7:4
**27th (6)**
  7:21,25;8:8,14,21;
  9:1

### 7

**7304 (1)**
  11:24