# EXHIBIT 18

EXHIBIT 18
PAGE 172

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:                )
                                 ) File No. FL-03884-A
CERTAIN MARIJUANA-RELATED COMPANIES )

WITNESS:   Andrew Tivadar Fellner

PAGES:     1 through 31

PLACE:     Securities and Exchange Commission

           444 South Flower Street, 9th Floor

           Los Angeles, California  90017

DATE:      Tuesday, February 24, 2015

The above-entitled matter came on for a video conference hearing, pursuant to notice, at 9:18 a.m. (PST); 12:18 p.m. (EST).

Diversified Reporting Services, Inc.

(202) 467-9200

EXHIBIT ___1___   PLTF. / DEFT.
WITNESS Fellner
CONSISTING OF ___14___ PAGES
DATE 12-13-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.

EXHIBIT 18
PAGE 173

## Page 2

APPEARANCES:

On Behalf of the Securities and Exchange Commission:
    CECELIA M. DANGER, ESQ. (Via Video Conference)
    TONYA TULLIS, Accountant (Via Video Conference)
    Securities and Exchange Commission
    801 S. Brickell Avenue, Suite 1800
    Miami, Florida 33131
    (305) 982-6300

On Behalf of the Witness:
    IRVING EINHORN, ESQ.
    Law Offices of Irving Einhorn
    1710 10th Street
    Manhattan Beach, California 90266
    (310) 798-7216

## Page 3

CONTENTS

WITNESS:                   EXAMINATION
Andrew Tivadar Fellner           4

EXHIBITS:   DESCRIPTION         IDENTIFIED
28     Form 1662                   5
29     Letter, Subpoena         6
30     Subpoena for Documents   7

## Page 4

PROCEEDINGS

MS. DANGER: So we're on the record. It's 12:18 Eastern time, 9:18 Pacific time, on February 24th, 2015.

Mr. Fellner, would you please raise your right hand.

(Witness complies.)

MS. DANGER: Do you swear or affirm to tell the truth, the whole truth, and nothing but the truth?

MR. FELLNER: I do.

Whereupon,

ANDREW TIVADAR FELLNER

was called as a witness and, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MS. DANGER:

Q  Please state and spell your full name for the record.

A  Andrew, A-n-d-r-e-w, Tivadar, T-i-v-a-d-a-r, Fellner, F-e-l-l-n-e-r.

Q  I'm Cecelia Danger and this is Tonya Tullis. And we are officers of the Commission for purposes of this proceeding. This is an investigation by the United States Securities and Exchange Commission in the matter of Certain Marijuana-Related Companies to determine

## Page 5

whether there have been violations of certain provisions of the federal securities laws. However, the facts developed in this investigation might constitute violations of other federal or state, civil or criminal laws.

Prior to the opening of the record, you were provided with a copy of the Formal Order of Investigation in this matter. It will be available for your examination during the course of this proceeding.

Mr. Fellner, have you had an opportunity to review the Formal Order?

A  Yes.

MS. DANGER: Linda, can you mark the Form 1662 as Exhibit 28, please.

THE REPORTER: Yeah, it was already marked.

MS. DANGER: Okay. Great.

(SEC Exhibit No. 28 was marked for identification.)

BY MS. DANGER:

Q  Mr. Fellner, prior to the opening of the record, you were provided with a copy of the Commission Supplemental Information Form. A copy of that notice has now been marked Marijuana Exhibit No. 28.

Mr. Fellner, have you had an opportunity to read Marijuana Exhibit No. 28?

## Page 6

```
 1    A  Yes.
 2    Q  Do you have any questions concerning this
 3  notice?
 4    A  No.
 5    Q  Mr. Fellner, are you represented by counsel?
 6    A  Yes.
 7    MS. DANGER: Would counsel please identify
 8  himself.
 9    MR. EINHORN: Yes. I'm Irving Einhorn, Law
10  Offices of Irving Einhorn. My address is 1710 10th
11  Street, Manhattan Beach, California, 90266. My telephone
12  number is area code (310)798-7216. My e-mail address is
13  IME@EinhornLaw, E-i-n-h-o-r-n-L-a-w.com. And I'm
14  representing Mr. Fellner personally today.
15    MS. DANGER: Okay. And so just to reiterate,
16  Mr. Einhorn, you are representing Mr. Fellner as his
17  counsel today; correct?
18    MR. EINHORN: That is correct.
19    MS. DANGER: Okay. All right.
20  Linda, can you mark the next exhibit. It's a
21  letter dated November 14th, 2014. Can you mark that as
22  Exhibit 29, please, and hand it to the witness.
23    (SEC Exhibit No. 29 was marked for
24     identification.)
25    MR. EINHORN: We're ready.
```

## Page 7

```
 1    BY MS. DANGER:
 2    Q  Okay. Mr. Fellner, you've been handed a copy
 3  of a subpoena which has been marked Marijuana Exhibit
 4  No. 29.
 5    Is this a copy of the subpoena you are
 6  appearing pursuant to here today?
 7    MR. EINHORN: Hmm-hmm.
 8    BY MS. DANGER:
 9    Q  And I will represent for the record that we did
10  reschedule the testimony from what is reflected on this
11  document.
12    MR. EINHORN: Yes.
13    THE WITNESS: Yes.
14    MS. DANGER: Okay. Linda, can you please mark
15  the next exhibit as Exhibit 30 and hand it to the
16  witness, please. The first page should have a date of
17  July 9, 2014, on it.
18    (SEC Exhibit No. 30 was marked for
19     identification.)
20    BY MS. DANGER:
21    Q  If you want to take a moment and look that
22  over, Mr. Fellner.
23    MR. EINHORN: This is for production of
24  documents.
25    THE WITNESS: Hmm-hmm.
```

## Page 8

```
 1    Okay.
 2    BY MS. DANGER:
 3    Q  Mr. Fellner, you've been handed Exhibit 30,
 4  which is a subpoena that calls for the production of
 5  certain documents addressed to Strategic Global.
 6    Have you seen this document before?
 7    A  Yes.
 8    Q  Were you involved in searching for documents
 9  responsive to this subpoena?
10    MR. EINHORN: All right. At this point in
11  time, I -- my client -- I think I should reach an
12  understanding with you. My client intends to assert his
13  Fifth Amendment privilege against compulsory
14  self-incrimination in response to all substantive
15  questions you might ask him. And to short circuit that
16  long definition or phrase, he'd like to just be able to
17  say "I take the Fifth" in response to your questions, if
18  that's acceptable to you.
19    MS. DANGER: That is acceptable.
20    BY MS. DANGER:
21    Q  So what is your response to my question, then,
22  about whether you were -- whether you tendered the
23  documents the staff called for by the subpoena?
24    A  I take the Fifth.
25    Q  Okay. I am not authorized to compel you to
```

## Page 9

```
 1  give evidence or testimony as to which you assert your
 2  privilege against self-incrimination and I have no
 3  intention of doing so.
 4    In addition, I do not have the authority to
 5  compel your testimony by granting you immunity from
 6  prosecution. Any question that I ask hereafter will be
 7  with the understanding that if you wish to assert your
 8  privilege, you need merely to state that you refuse to
 9  answer on the grounds that your answer might incriminate
10  you, or as we just agreed, you can just assert your --
11  your rights to the Fifth Amendment.
12    In other words, you are not compelled to answer
13  any further questions if you believe that a truthful
14  answer to the question might show that you committed a
15  crime and you wish to assert your privilege against
16  self-incrimination. Accordingly, if you answer any
17  questions, you will be doing so voluntarily.
18    Do you understand this?
19    A  Yes.
20    Q  You should be aware that if you refuse to
21  answer a question based on your Fifth Amendment
22  privilege, a judge or a jury may take an adverse
23  inference against you in a civil action that the SEC may
24  determine to bring against you. That means that the
25  judge or jury would be permitted to infer that your
```

## Page 10

1  answer to the question might incriminate you.
2  Do you understand this?
3  A  Yes.
4  Q  So, Mr. Fellner, if I ask you any further
5  questions regarding Exhibit 30, will you assert your
6  privilege against self-incrimination under the Fifth
7  Amendment?
8  A  Yes.
9  Q  Okay. I'm just going to go over a few
10 housekeeping rules and then we'll move on.
11 Mr. Fellner, you're under oath just as in a
12 court. The court reporter is taking down testimony so
13 it's important that you answer out loud. She obviously
14 cannot record nods of the head or that kind of thing. If
15 at any time you do not understand any of my questions,
16 please let me know and I will do my best to rephrase it.
17 If you answer a question, I will assume that you
18 understood it and I will continue.
19 Let me finish my questions before you start
20 answering and I will try to do the same. And if we do
21 interrupt each other, you know, just let me know if I
22 interrupt you and I will stop so you can finish. And if
23 we need a break along the way, let me know and I will
24 instruct the court reporter to go off the record.
25 Are you currently taking any medication that

## Page 11

1  would impair your ability to understand and respond to
2  questions today?
3  MR. EINHORN:  You can answer that.
4  THE WITNESS:  No. No.
5  BY MS. DANGER:
6  Q  Is there anything else going on in your life
7  that would affect your ability to devote your full
8  attention to this testimony today?
9  A  No.
10 Q  Mr. Fellner, what is your date of birth?
11 A  Two --
12 MR. EINHORN:  Take the Fifth.
13 THE WITNESS:  2/23. Oh, I take the Fifth.
14 BY MS. DANGER:
15 Q  What is your home address?
16 A  I take the Fifth.
17 Q  What is your position at Strategic Global?
18 A  I take the Fifth.
19 Q  Are you the CEO of Strategic Global?
20 A  I take the Fifth.
21 Q  Do you hold any professional licenses?
22 A  I take the Fifth.
23 Q  At what financial institutions do you hold bank
24 accounts?
25 A  I take the Fifth.

## Page 12

1  Q  Do you hold any brokerage record -- or any
2  accounts?
3  A  I take the Fifth.
4  Q  If I continue to ask questions concerning your
5  educational background and professional licenses, will
6  you continue to assert your right under the Fifth
7  Amendment?
8  A  Yes.
9  Q  If I continue to ask questions about your bank
10 and securities accounts, will you continue to assert your
11 rights under the Fifth Amendment?
12 A  Yes.
13 Q  Mr. Fellner, when was Strategic Global
14 Investments Inc. established?
15 A  I take the Fifth.
16 Q  Were you part of the establishment?
17 A  I take the Fifth.
18 Q  What is the company's current business?
19 A  I take the Fifth.
20 Q  Does the company have any -- any other
21 employees than yourself?
22 A  I take the Fifth.
23 Q  Does the company have a board of directors?
24 A  I take the Fifth.
25 Q  What is your role with regard to Strategic

## Page 13

1  Global?
2  A  I take the Fifth.
3  Q  Did you draft Strategic's press releases?
4  A  I take the Fifth.
5  Q  Did you have any role with regard to
6  Strategic's press releases?
7  A  I take the Fifth.
8  Q  Did you prepare the company's annual report?
9  A  I take the Fifth.
10 Q  Did you prepare the company's disclosure
11 report?
12 A  I take the Fifth.
13 Q  Was it your decision for Strategic to enter
14 into the marijuana industry?
15 A  I take the Fifth.
16 Q  Was it your idea to purchase Bearpot for
17 Strategic to purchase Bearpot?
18 A  I take the Fifth.
19 Q  Has Strategic ever had a license to cultivate
20 or sell medical or recreational marijuana?
21 A  I take the Fifth.
22 Q  Has Bearpot ever had such a license?
23 A  I take the Fifth.
24 Q  If I ask you any more questions about the
25 creation of Strategic Global and the company's business,

## Page 14

1   will you assert your right under the Fifth Amendment?
2   A   Yes.
3   Q   Since you joined the company, have you always
4   had the same role as Strategic?
5   A   I take the Fifth.
6   Q   As CEO, are you accountable for the
7   administrative, financial, and risk management operations
8   of the company?
9   A   I take the Fifth.
10  Q   Are you responsible for the development of a
11  financial and operational strategy at Strategic?
12  A   I take the Fifth.
13  Q   Are you responsible for developing and
14  monitoring control systems designed to preserve company
15  assets and report accurate financial results?
16  A   I take the Fifth.
17  Q   Did you personally develop and monitor the
18  implementation of a strategic business plan at the
19  company?
20  A   I take the Fifth.
21  Q   Are you the financial gatekeeper at Strategic
22  Global?
23  A   I take the Fifth.
24  Q   Do you have the last word on financial issues
25  at the company?

## Page 15

1   A   I take the Fifth.
2   Q   Were you responsible for the preparation of
3   Strategic Global's financial statement?
4   A   I take the Fifth.
5   Q   Are you responsible for overseeing the
6   operations of the accounting department?
7   A   I take the Fifth.
8   Q   Are you responsible for maintaining a
9   documented system of accounting policies and procedures
10  at the company?
11  A   I take the Fifth.
12  Q   Are you responsible for supervising the
13  company's financial recordkeeping?
14  A   I take the Fifth.
15  Q   Are you responsible for the production of
16  periodic reports?
17  A   I take the Fifth.
18  Q   Does Strategic have an internal control
19  framework?
20  A   I take the Fifth.
21  Q   Do you maintain the system of internal controls
22  to accurately report financial transactions at the
23  company?
24  A   I take the Fifth.
25  Q   Are you responsible for producing Strategic's

## Page 16

1   financial statements in compliance or conformity with
2   GAAP?
3   A   I take the Fifth.
4   Q   Does Strategic have any written policies or
5   procedures regarding its accounting process?
6   A   I take the Fifth.
7   Q   Do you personally authorize the filing of
8   completed financial statements with the SEC or OTC
9   markets, as applicable?
10  A   I take the Fifth.
11  Q   If I ask you any other questions with regard to
12  your duties and role as CEO of Strategic, will you
13  continue to assert your rights under the Fifth Amendment?
14  A   Yes.
15  Q   If I ask you any other questions about your
16  role with regard to Strategic's accounting policies and
17  procedures, will you continue to assert your rights under
18  the Fifth Amendment?
19  A   Yes.
20  Q   Does Strategic Global have a chief financial
21  officer?
22  A   I take the Fifth.
23  Q   Do you know Brad Hacker?
24  A   I take the Fifth.
25  Q   Is Brad Hacker Strategic's accountant?

## Page 17

1   A   I take the Fifth.
2   Q   Is it true that Brad Hacker is not a licensed
3   CPA?
4   A   I take the Fifth.
5   Q   If I ask you any other questions about Brad
6   Hacker or his role with regard to Strategic, will you
7   continue to assert your rights under the Fifth Amendment?
8   A   Yes.
9   Q   And, Mr. Fellner, I will remind you, like I
10  read to you before, that you should be aware that if you
11  refuse to answer a question based on your Fifth Amendment
12  privilege, a judge or a jury may take an adverse
13  inference against you in a civil action that the SEC may
14  determine to bring against you. That means that the
15  judge or jury would be permitted to infer that your
16  answer to the questions might incriminate you.
17      Do you understand this?
18  A   Yes.
19  Q   Mr. Fellner, did you draft Strategic's February
20  10th, 2014, press release?
21  A   I take the Fifth.
22  Q   Were you involved in negotiations with Bearpot
23  for the purchase of a marijuana growing facility in
24  Teller County, Colorado?
25  A   I take the Fifth.

EXHIBIT 18
PAGE 177

1.5

```
                                                    Page 18                                                Page 20
 1      Q  Who is Robert Coffy?                            1      Q  Did you personally draft Strategic's February
 2      A  I take the Fifth.                               2   28th, 2014, press release?
 3      Q  How did you meet Robert Coffy?                  3      A  I take the Fifth.
 4      A  I take the Fifth.                               4      Q  Did you personally draft Strategic's March 3rd,
 5      Q  Did you ever go personally to Teller County to  5   2014, press release?
 6   view the marijuana-growing facility before you entered 6      A  I take the Fifth.
 7   into -- before Strategic entered into the deal with   7      Q  Did you personally draft March -- Strategic's
 8   Bearpot?                                              8   March 6th, 2014, press release?
 9      A  I take the Fifth.                               9      A  I take the Fifth.
10      Q  Did you draft Strategic's February 20th, 2014, 10      Q  Did you personally draft Strategic's March
11   press release regarding Strategic's marijuana-growing 11   27th, 2014, press release?
12   facility in Teller County?                           12      A  I take the Fifth.
13      A  I take the Fifth.                              13      Q  Isn't it true that the property at 847 Ridge
14      Q  Was this facility located at 847 Ridge Road in 14   Road in Divide, Colorado, in Teller County, Colorado, is
15   Divide, Colorado?                                    15   not zoned for use as a commercial marijuana facility?
16      A  I take the Fifth.                              16      A  I take the Fifth.
17      Q  Isn't it true that this facility is a          17      Q  Isn't it true that Bearpot did not obtain
18   residential home?                                    18   permission from its landlord to make electrical and
19      A  I take the Fifth.                              19   structural upgrades to the property in Teller County?
20      Q  Isn't it true that neither Strategic nor       20      A  I take the Fifth.
21   Bearpot has ever owned this property?                21      Q  Did you personally oversee electrical upgrades
22      A  I take the Fifth.                              22   to the marijuana-cultivating facility?
23      Q  Did you draft Strategic's February 24th, 2014, 23      A  I take the Fifth.
24   press release?                                       24      Q  Have you personally seen the upgrades?
25      A  I take the Fifth.                              25      A  I take the Fifth.

                                                    Page 19                                                Page 21
 1      Q  Did you ever discuss marijuana licensing with   1      Q  Did you ever inventory the equipment that was
 2   Bearpot?                                              2   purchased for the marijuana-growing facility?
 3      A  I take the Fifth.                               3      A  I take the Fifth.
 4      Q  Did you ever discuss Bearpot's ability to grow  4      Q  Did you actually see this equipment?
 5   and sell marijuana -- recreational marijuana plants?  5      A  I take the Fifth.
 6      A  I take the Fifth.                               6      Q  If I ask you any more questions about
 7      Q  Did you research Bearpot before Strategic       7   Strategic's press releases, will you continue to assert
 8   became involved with it?                              8   your right under the Fifth Amendment?
 9      A  I take the Fifth.                               9      A  Yes.
10      Q  Did you prepare the company's revenue         10      Q  Mr. Fellner, did you personally prepare
11   projections in the February 24th, 2014, press release? 11   Strategic's annual report for the year ending December
12      A  I take the Fifth.                              12   31st, 2013?
13      Q  Did you evaluate the marijuana industry in     13      A  I take the Fifth.
14   order to come up with an expected marijuana yield?   14      Q  Did you personally prepare Strategic's
15      A  I take the Fifth.                              15   disclosure statement for the three months ending March
16      Q  Did you personally draft Strategic's February  16   31st, 2014?
17   24th letter -- 2014 letter to shareholders?          17      A  I take the Fifth.
18      A  I take the Fifth.                              18      Q  And, again, I will remind you that you should
19      Q  Did you personally draft Strategic's February  19   be aware that if you refuse to answer a question based on
20   25th, 2014, press release?                           20   your Fifth Amendment privilege, a judge or jury may take
21      A  I take the Fifth.                              21   an adverse inference against you in a civil action that
22      Q  How was Strategic planning to generate revenue 22   the SEC may determine to bring against you. That means
23   through Bearpot if Bearpot was not licensed to cultivate 23   that the judge or jury would be permitted to infer that
24   or sell marijuana?                                   24   your answers to the question might incriminate you.
25      A  I take the Fifth.                              25         Do you understand this?
```

6 (Pages 18 to 21)

EXHIBIT 18
PAGE 178

Page 22

1    A   Yes.
2    Q   Mr. Fellner, did you prepare or compile the
3    financial statements and related footnotes in the Form
4    1-A that Strategic filed with the SEC on January 13th,
5    2014?
6    A   I take the Fifth.
7    Q   Did you personally sign that Form 1-A?
8    A   I take the Fifth.
9    Q   Did you review the financial statements and
10   related footnotes in that Form 1-A?
11   A   I take the Fifth.
12   Q   Did you draft the notes in that -- in those
13   financial statements?
14   A   I take the Fifth.
15   Q   Did anybody assist you with the preparation of
16   the financial statements in that Form 1-A?
17   A   I take the Fifth.
18   Q   Strategic used proceeds from this Regulation A
19   Offering to purchase Bearpot; correct?
20   A   I take the Fifth.
21   Q   Isn't it true that you recorded the subscribed
22   shares receivable amount on Strategic Global's balance
23   sheet as of September 30th, 2013?
24   A   I take the Fifth.
25   Q   Isn't it true that you recorded the other side

Page 23

1    of the subscribed shares receivable in additional paid in
2    capital in the equity section of the balance sheet?
3    A   I take the Fifth.
4    Q   In Note 4, the stockholders' equity section,
5    you listed the notes receivable that relate to the
6    subscribed shares receivable in the stockholders' equity
7    section of the balance sheet; correct?
8    A   I take the Fifth.
9    Q   Isn't it true that the notes receivable listed
10   in Note 4 equal the 1 million in subscribed shares
11   receivable on the balance sheet?
12   A   I take the Fifth.
13   Q   You sold shares of Strategic Global's own stock
14   to individuals or entities and received the promissory
15   notes from these individuals or entities in exchange for
16   the global -- or Strategic Global stock shares; correct?
17   A   I take the Fifth.
18   Q   And the parties who received the notes were
19   Whitehead Financial; David Greenberg; DGI, LLC; and JDI,
20   LLC; correct?
21   A   I take the Fifth.
22   Q   Isn't it true that this was done to raise
23   capital for Strategic Global?
24   A   I take the Fifth.
25   Q   Did you personally sign the promissory notes

Page 24

1    for Strategic?
2    A   I take the Fifth.
3    Q   What was the term for the notes?
4    A   I take the Fifth.
5    Q   Was there a specified price for the stock?
6    A   I take the Fifth.
7    Q   Was there a stated maturity date?
8    A   I take the Fifth.
9    Q   And what was the interest charged on the notes?
10   A   I take the Fifth.
11   Q   Were you responsible for recording this
12   transaction on the financial statements filed with the
13   Form 1-A?
14   A   I take the Fifth.
15   Q   Did you have discussions with anyone or consult
16   with an outside accountant or consultant on how to record
17   the promissory notes receivable in exchange for the stock
18   transaction?
19   A   I take the Fifth.
20   Q   Did Strategic receive any payment on these
21   notes?
22   A   I take the Fifth.
23   Q   Were the notes collected in cash prior to the
24   issuance of the Form 1-A financial statements?
25   A   I take the Fifth.

Page 25

1    Q   Were the notes secured by an irrevocable letter
2    of credit from a creditworthy institution or liquid
3    collateral?
4    A   I take the Fifth.
5    Q   Were they secured in any other way?
6    A   I take the Fifth.
7    Q   Was the stock purchased with the promissory
8    notes fully vested?
9    A   I take the Fifth.
10   Q   Was it nonforfeitable equity?
11   A   I take the Fifth.
12   Q   Were the individuals or entities who entered
13   into the notes, were they related to Strategic? And
14   I'm referring to Whitehead, DGI, JDI, and David
15   Greenberg.
16   A   I take the Fifth.
17   Q   Would they be considered related parties to
18   Strategic Global?
19   A   I take the Fifth.
20   Q   Were they affiliated with Strategic Global?
21   A   I take the Fifth.
22   Q   Were the promissory notes fully secured by
23   specific assets other than the equity instruments
24   granted?
25   A   I take the Fifth.

EXHIBIT 18
PAGE 179

## Page 26

1  Q  Are you familiar with accounting guidance ASC
2  505-10-45, which is equity or receivables for issuance of
3  equity?
4  A  I take the Fifth.
5  Q  Why were the promissory notes receivable
6  canceled?
7  A  I take the Fifth.
8  Q  When were the notes canceled?
9  A  I take the Fifth.
10 Q  Isn't it true that the shares were not
11 rescinded before you filed the Form 1-A on January 8th,
12 2014?
13 A  I take the Fifth.
14 Q  Isn't it true that the shares corresponding to
15 the notes receivable were rescinded in or around
16 September 2014?
17 A  I take the Fifth.
18 Q  Wasn't the rescission of shares or cancellation
19 of the promissory notes material to Strategic Global's
20 financial statement as of September 30th, 2013?
21 A  I take the Fifth.
22 Q  Wouldn't a subsequent event disclosure about
23 the cancellation of those shares be material to investors
24 and to the financial statement?
25 A  I take the Fifth.

## Page 27

1  Q  Did you consider disclosing such a subsequent
2  event note in Strategic's September 30th, 2013, financial
3  statement footnotes?
4  A  I take the Fifth.
5  Q  Did you consider filing an amendment to the
6  Form 1-A to disclose the cancellation of the notes
7  receivable?
8  A  I take the Fifth.
9  Q  Did you consider filing an amendment to the
10 Form 1-A to disclose the cancellation -- I'm sorry -- the
11 rescission of the shares?
12 A  I take the Fifth.
13 Q  Did you consider filing an amendment to the
14 Form 1-A to disclose Strategic's entry into the marijuana
15 business?
16 A  I take the Fifth.
17 Q  Did you consider filing an amendment to the
18 Form 1-A to disclose Strategic's exit from the marijuana
19 industry?
20 A  I take the Fifth.
21 Q  If I ask you any more questions regarding the
22 accounting of the subscribed shares receivable, will you
23 assert your Fifth Amendment right?
24 A  Yes.
25 Q  If I ask you any more questions regarding the

## Page 28

1  Form 1-A, this particular Form 1-A, will you continue to
2  assert your rights under the Fifth Amendment?
3  A  Yes.
4  Q  If I ask you any other questions about
5  Strategic's Regulation A offering, will you assert your
6  right under the Fifth Amendment?
7  A  Yes.
8  Q  Okay. It's 12:45 p.m. in Miami, 9:45 in the
9  L.A. office. Can we just take a short break, a couple
10 minutes?
11     MR. EINHORN: That will be great.
12     THE WITNESS: Sure.
13     MR. EINHORN: Have to use the facilities here.
14     MS. DANGER: We'll go off the record at 12:45.
15     (A brief recess was taken.)
16     MS. DANGER: All right, then. We're back on
17 the record. It is 12:51 Eastern, 9:51 Pacific time.
18     MS. DANGER: And while we were off the record,
19 nothing at all was discussed between Miami's SEC staff
20 and yourself; correct, Mr. Fellner?
21     MR. EINHORN: Yes.
22     THE WITNESS: Yes.
23     MS. DANGER: Okay. So, Mr. Fellner, we have no
24 further questions at this time. We may, however, call
25 you again to testify in this investigation. Should this

## Page 29

1  be necessary, we will contact Mr. Einhorn.
2      THE WITNESS: Okay.
3      MS. DANGER: Mr. Fellner, do you wish to
4  clarify anything or add anything to the statements you
5  have made today?
6      THE WITNESS: No.
7      MS. DANGER: Mr. Einhorn, do you wish to ask
8  any clarifying questions?
9      MR. EINHORN: No, I have none. Thank you.
10     MS. DANGER: All right. Okay. Well, then, we
11 are off the record. It is 12:52 Eastern time, 9:52
12 Pacific time, on February 24th, 2015.
13     (Whereupon, at 9:52 a.m. (PST);
14 12:52 p.m. (EST), the examination was concluded.)
15     * * * * *

Page 30

1  PROOFREADER'S CERTIFICATE
2
3  In the Matter of: CERTAIN MARIJUANA-RELATED COMPANIES
4  Witness: Andrew Tivadar Fellner
5  File Number: FL-03884-A
6  Date: Tuesday, February 24, 2015
7  Location: Los Angeles, California 90017
8
9  This is to certify that I, Donna S. Raya,
10 (the undersigned), do hereby swear and affirm that the
11 attached proceedings before the U.S. Securities and
12 Exchange Commission were held according to the record and
13 that this is the original, complete, true and accurate
14 transcript that has been compared to the reporting or
15 recording accomplished at the hearing.
16
17 _____  _____
18 (Proofreader's Name)    (Date)
19
20
21
22
23
24
25

| A | | | | | |
|---|---|---|---|---|---|
| **A** | agreed 9:10 | assets 14:15 | Brickell 2:7 | 25:3 | conformity |
| A-n-d-r-e-w 4:19 | amendment 8:13 9:11 | 25:23 | brief 28:15 | collected 24:23 | 16:1 |
| a.m 1:16 29:13 | 9:21 10:7 12:7,11 | assist 22:15 | bring 9:24 17:14 21:22 | Colorado 17:24 18:15 | consider 27:1 27:5,9,13 27:17 |
| ability 11:1,7 19:4 | 14:1 16:13 16:18 17:7 | assume 10:17 | brokerage 12:1 | 20:14,14 | considered 25:17 |
| able 8:16 | 17:11 21:8 21:20 27:5 | attached 30:11 | business 12:18 13:25 | come 19:14 | constitute 5:3 |
| above-entit... 1:14 | 27:9,13,17 27:23 28:2 | attention 11:8 | 14:18 27:15 | commercial 20:15 | consult 24:15 |
| acceptable 8:18,19 | 28:6 | authority 9:4 | **C** | Commission 1:1,9 2:3,6 | consultant 24:16 |
| accomplish... 30:15 | amount 22:22 | authorize 16:7 | C 3:1 4:1 | 4:22,24 5:21 30:12 | contact 29:1 |
| accountable 14:6 | Andrew 1:7 3:4 4:12,19 | authorized 8:25 | California 1:11 2:15 | committed 9:14 | continue 10:18 12:4 12:6,9,10 |
| accountant 2:5 16:25 | 30:4 | available 5:8 | 6:11 30:7 | Companies 1:5 4:25 | 16:13,17 17:7 21:7 |
| 24:16 | Angeles 1:11 30:7 | Avenue 2:7 | call 28:24 | 30:3 | 28:1 |
| accounting 15:6,9 16:5 | annual 13:8 21:11 | aware 9:20 17:10 21:19 | called 4:13 8:23 | company 12:20,23 | control 14:14 15:18 |
| 16:16 26:1 27:22 | answer 9:9,9 9:12,14,16 | **B** | calls 8:4 | 14:3,8,14 14:19,25 | controls 15:21 |
| accounts 11:24 12:2 | 9:21 10:1 10:13,17 | back 28:16 | canceled 26:6 26:8 | 15:10,23 | copy 5:7,21 5:22 7:2,5 |
| 12:10 | 11:3 17:11 17:16 21:19 | background 12:5 | cancellation 26:18,23 | company's 12:18 13:8 | correct 6:17 6:18 22:19 |
| accurate 14:15 30:13 | answering 10:20 | balance 22:22 23:2 23:7,11 | 27:6,10 | 13:10,25 15:13 19:10 | 23:7,16,20 28:20 |
| accurately 15:22 | answers 21:24 | bank 11:23 12:9 | capital 23:2 23:23 | compared 30:14 | correspond... 26:14 |
| action 9:23 17:13 21:21 | anybody 22:15 | based 9:21 17:11 21:19 | cash 24:23 | compel 8:25 9:5 | counsel 6:5,7 6:17 |
| add 29:4 | APPEARA... 2:1 | Beach 2:15 6:11 | Cecelia 2:4 4:21 | compelled 9:12 | County 17:24 18:5,12 |
| addition 9:4 | appearing 7:6 | Bearpot 13:16,17,22 | CEO 11:19 14:6 16:12 | compile 22:2 | 20:14,19 |
| additional 23:1 | applicable 16:9 | 17:22 18:8 18:21 19:2 | certain 1:5 4:25 5:1 8:5 | complete 30:13 | couple 28:9 |
| address 6:10 6:12 11:15 | area 6:12 | 19:7,23,23 20:17 22:19 | 30:3 | completed 16:8 | course 5:9 |
| addressed 8:5 | ASC 26:1 | Bearpot's 19:4 | CERTIFIC... 30:1 | compliance 16:1 | court 10:12 10:12,24 |
| administra... 14:7 | assert 8:12 9:1,7,10,15 | Behalf 2:3,11 | certify 30:9 | complies 4:7 | CPA 17:3 |
| adverse 9:22 17:12 21:21 | 10:5 12:6 | believe 9:13 | charged 24:9 | compulsory 8:13 | creation 13:25 |
| affect 11:7 | 12:10 14:1 16:13,17 | best 10:16 | chief 16:20 | concerning 6:2 12:4 | credit 25:2 |
| affiliated 25:20 | 17:7 21:7 | birth 11:10 | circuit 8:15 | concluded 29:14 | creditworthy 25:2 |
| affirm 4:8 30:10 | 27:23 28:2 28:5 | board 12:23 | civil 5:4 9:23 17:13 21:21 | conference 1:15 2:4,5 | crime 9:15 |
| | | Brad 16:23 16:25 17:2 17:5 | clarify 29:4 | | criminal 5:4 |
| | | break 10:23 28:9 | clarifying 29:8 | | cultivate 13:19 19:23 |
| | | | client 8:11,12 | | |
| | | | code 6:12 | | |
| | | | Coffy 18:1,3 | | |
| | | | collateral | | |

EXHIBIT 18
PAGE 182

1.10

current 12:18
currently 10:25

**D**
D 4:1
Danger 2:4
 4:2,8,16,21
 5:13,16,19
 6:7,15,19
 7:1,8,14,20
 8:2,19,20
 11:5,14
 28:14,16,18
 28:23 29:3
 29:7,10
date 1:12
 7:16 11:10
 24:7 30:6
 30:18
dated 6:21
David 23:19
 25:14
deal 18:7
December 21:11
decision 13:13
definition 8:16
department 15:6
DESCRIP... 3:6
designed 14:14
determine
 4:25 9:24
 17:14 21:22
develop 14:17
developed 5:3
developing 14:13
development 14:10
devote 11:7
DGI 23:19

25:14
directors 12:23
disclose 27:6
 27:10,14,18
disclosing 27:1
disclosure
 13:10 21:15
 26:22
discuss 19:1
 19:4
discussed 28:19
discussions 24:15
Diversified 1:24
Divide 18:15
 20:14
document
 7:11 8:6
documented 15:9
documents
 3:9 7:24 8:5
 8:8,23
doing 9:3,17
Donna 30:9
draft 13:3
 17:19 18:10
 18:23 19:16
 19:19 20:1
 20:4,7,10
 22:12
duly 4:13
duties 16:12

**E**
E 3:1 4:1,1
E-i-n-h-o-r... 6:13
e-mail 6:12
Eastern 4:3
 28:17 29:11
educational 12:5
Einhorn 2:12
 2:13 6:9,9

6:10,16,18
6:25 7:7,12
7:23 8:10
11:3,12
28:11,13,21
29:1,7,9
electrical
 20:18,21
employees 12:21
enter 13:13
entered 18:6
 18:7 25:12
entities 23:14
 23:15 25:12
entry 27:14
equal 23:10
equipment
 21:1,4
equity 23:2,4
 23:6 25:10
 25:23 26:2
 26:3
ESQ 2:4,12
EST 1:16
 29:14
established 12:14
establishm... 12:16
evaluate 19:13
event 26:22
 27:2
evidence 9:1
examination
 3:3 4:15 5:9
 29:14
examined 4:14
exchange 1:1
 1:9 2:3,6
 4:24 23:15
 24:17 30:12
exhibit 5:14
 5:17,23,25
 6:20,22,23
 7:3,15,15
 7:18 8:3

10:5
**EXHIBITS** 3:6
exit 27:18
expected 19:14

**F**
F-e-l-l-n-e-r 4:20
facilities 28:13
facility 17:23
 18:6,12,14
 18:17 20:15
 20:22 21:2
facts 5:2
familiar 26:1
February
 1:12 4:3
 17:19 18:10
 18:23 19:11
 19:16,19
 20:1 29:12
 30:6
federal 5:2,4
Fellner 1:7
 3:4 4:5,10
 4:12,20
 5:10,20,24
 6:5,14,16
 7:2,22 8:3
 10:4,11
 11:10 12:13
 17:9,19
 21:10 22:2
 28:20,23
 29:3 30:4
File 1:4 30:5
filed 22:4
 24:12 26:11
filing 16:7
 27:5,9,13
 27:17
financial
 11:23 14:7
 14:11,15,21
 14:24 15:3
 15:13,22

16:1,8,20
22:3,9,13
22:16 23:19
24:12,24
26:20,24
27:2
finish 10:19
 10:22
first 4:13
 7:16
FL-03884-A
 1:4 30:5
Floor 1:10
Florida 2:8
Flower 1:10
follows 4:14
footnotes
 22:3,10
 27:3
Form 3:7
 5:13,22
 22:3,7,10
 22:16 24:13
 24:24 26:11
 27:6,10,14
 27:18 28:1
 28:1
Formal 5:7
 5:11
framework 15:19
full 4:17 11:7
fully 25:8,22
further 9:13
 10:4 28:24

**G**
G 4:1
GAAP 16:2
gatekeeper 14:21
generate 19:22
give 9:1
global 8:5
 11:17,19
 12:13 13:1
 13:25 14:22
 16:20 23:16

23:16,23
25:18,20
Global's 15:3
 22:22 23:13
 26:19
go 10:9,24
 18:5 28:14
going 10:9
 11:6
granted 25:24
granting 9:5
great 5:16
 28:11
Greenberg
 23:19 25:15
grounds 9:9
grow 19:4
growing 17:23
guidance 26:1

**H**
Hacker 16:23
 16:25 17:2
 17:6
hand 4:6
 6:22 7:15
handed 7:2
 8:3
head 10:14
hearing 1:15
 30:15
held 30:12
Hmm-hmm 7:7,25
hold 11:21,23
 12:1
home 11:15
 18:18
housekeepi... 10:10

**I**
idea 13:16
identificati...
 5:18 6:24
 7:19
IDENTIFI...

EXHIBIT 18
PAGE 183

| | | | | | |
|---|---|---|---|---|---|
| 3:6 | 26:23 | 6:20 7:14 | material | 24:3,9,17 | 15:5 |
| identify 6:7 | involved 8:8 | liquid 25:2 | 26:19,23 | 24:21,23 | owned 18:21 |
| IME@Ein... | 17:22 19:8 | listed 23:5,9 | matter 1:3,14 | 25:1,8,13 | |
| 6:13 | irrevocable | LLC 23:19 | 4:24 5:8 | 25:22 26:5 | **P** |
| immunity 9:5 | 25:1 | 23:20 | 30:3 | 26:8,15,19 | P 4:1 |
| impair 11:1 | Irving 2:12 | located 18:14 | maturity | 27:6 | p.m 1:16 28:8 |
| implement... | 2:13 6:9,10 | Location | 24:7 | notice 1:15 | 29:14 |
| 14:18 | issuance | 30:7 | means 9:24 | 5:22 6:3 | Pacific 4:3 |
| important | 24:24 26:2 | long 8:16 | 17:14 21:22 | November | 28:17 29:12 |
| 10:13 | issues 14:24 | look 7:21 | medical | 6:21 | page 7:16 |
| incriminate | | Los 1:11 30:7 | 13:20 | number 6:12 | PAGES 1:8 |
| 9:9 10:1 | **J** | loud 10:13 | medication | 30:5 | paid 23:1 |
| 17:16 21:24 | January 22:4 | | 10:25 | | part 12:16 |
| individuals | 26:11 | **M** | meet 18:3 | **O** | particular |
| 23:14,15 | JDI 23:19 | M 2:4 | merely 9:8 | O 3:1 4:1 | 28:1 |
| 25:12 | 25:14 | maintain | Miami 2:8 | oath 10:11 | parties 23:18 |
| industry | joined 14:3 | 15:21 | 28:8 | obtain 20:17 | 25:17 |
| 13:14 19:13 | judge 9:22,25 | maintaining | Miami's | obviously | payment |
| 27:19 | 17:12,15 | 15:8 | 28:19 | 10:13 | 24:20 |
| infer 9:25 | 21:20,23 | management | million 23:10 | offering | periodic |
| 17:15 21:23 | July 7:17 | 14:7 | minutes | 22:19 28:5 | 15:16 |
| inference | jury 9:22,25 | Manhattan | 28:10 | office 28:9 | permission |
| 9:23 17:13 | 17:12,15 | 2:15 6:11 | moment 7:21 | officer 16:21 | 20:18 |
| 21:21 | 21:20,23 | March 20:4,7 | monitor | officers 4:22 | permitted |
| Information | | 20:8,10 | 14:17 | Offices 2:13 | 9:25 17:15 |
| 5:22 | **K** | 21:15 | monitoring | 6:10 | 21:23 |
| institution | kind 10:14 | marijuana | 14:14 | Oh 11:13 | personally |
| 25:2 | know 10:16 | 5:23,25 7:3 | months 21:15 | Okay 5:16 | 6:14 14:17 |
| institutions | 10:21,21,23 | 13:14,20 | move 10:10 | 6:15,19 7:2 | 16:7 18:5 |
| 11:23 | 16:23 | 17:23 19:1 | | 7:14 8:1,25 | 19:16,19 |
| instruct | | 19:5,5,13 | **N** | 10:9 28:8 | 20:1,4,7,10 |
| 10:24 | **L** | 19:14,24 | N 3:1,1 4:1 | 28:23 29:2 | 20:21,24 |
| instruments | L.A 28:9 | 20:15 27:14 | name 4:17 | 29:10 | 21:10,14 |
| 25:23 | landlord | 27:18 | 30:18 | opening 5:6 | 22:7 23:25 |
| intends 8:12 | 20:18 | marijuana-... | necessary | 5:20 | phrase 8:16 |
| intention 9:3 | Law 2:13 6:9 | 20:22 | 29:1 | operational | PLACE 1:9 |
| interest 24:9 | laws 5:2,5 | marijuana-... | need 9:8 | 14:11 | plan 14:18 |
| internal | letter 3:8 | 18:6,11 | 10:23 | operations | planning |
| 15:18,21 | 6:21 19:17 | 21:2 | negotiations | 14:7 15:6 | 19:22 |
| interrupt | 19:17 25:1 | Marijuana... | 17:22 | opportunity | plants 19:5 |
| 10:21,22 | license 13:19 | 1:5 4:25 | neither 18:20 | 5:10,24 | please 4:5,17 |
| inventory | 13:22 | 30:3 | nods 10:14 | order 5:7,11 | 5:14 6:7,22 |
| 21:1 | licensed 17:2 | mark 5:13 | nonforfeita... | 19:14 | 7:14,16 |
| investigation | 19:23 | 6:20,21 | 25:10 | original | 10:16 |
| 4:23 5:3,7 | licenses 11:21 | 7:14 | note 23:4,10 | 30:13 | point 8:10 |
| 28:25 | 12:5 | marked 5:15 | 27:2 | OTC 16:8 | policies 15:9 |
| Investments | licensing | 5:17,23 | notes 22:12 | outside 24:16 | 16:4,16 |
| 12:14 | 19:1 | 6:23 7:3,18 | 23:5,9,15 | oversee 20:21 | position |
| investors | life 11:6 | markets 16:9 | 23:18,25 | overseeing | 11:17 |
| | Linda 5:13 | | | | |

EXHIBIT 18
PAGE 184

1/2

preparation 15:2 22:15
prepare 13:8 13:10 19:10 21:10,14 22:2
preserve 14:14
press 13:3,6 17:20 18:11 18:24 19:11 19:20 20:2 20:5,8,11 21:7
price 24:5
prior 5:6,20 24:23
privilege 8:13 9:2,8,15,22 10:6 17:12 21:20
procedures 15:9 16:5 16:17
proceeding 4:23 5:9
proceedings 30:11
proceeds 22:18
process 16:5
producing 15:25
production 7:23 8:4 15:15
professional 11:21 12:5
projections 19:11
promissory 23:14,25 24:17 25:7 25:22 26:5 26:19
Proofreade... 30:1,18
property 18:21 20:13 20:19
prosecution 9:6
provided 5:7 5:21
provisions 5:1
PST 1:16 29:13
purchase 13:16,17 17:23 22:19
purchased 21:2 25:7
purposes 4:22
pursuant 1:15 7:6

**Q**
question 8:21 9:6,14,21 10:1,17 17:11 21:19 21:24
questions 6:2 8:15,17 9:13,17 10:5,15,19 11:2 12:4,9 13:24 16:11 16:15 17:5 17:16 21:6 27:21,25 28:4,24 29:8

**R**
R 4:1
raise 4:5 23:22
Raya 30:9
reach 8:11
read 5:25 17:10
ready 6:25
receivable 22:22 23:1 23:5,6,9,11 24:17 26:5
receivables 26:2
receive 24:20
received 23:14,18
recess 28:15
record 4:2,18 5:6,21 7:9 10:14,24 12:1 24:16 28:14,17,18 29:11 30:12
recorded 22:21,25
recording 24:11 30:15
recordkeep... 15:13
recreational 13:20 19:5
referring 25:14
reflected 7:10
refuse 9:8,20 17:11 21:19
regard 12:25 13:5 16:11 16:16 17:6
regarding 10:5 16:5 18:11 27:21 27:25
Regulation 22:18 28:5
reiterate 6:15
relate 23:5
related 22:3 22:10 25:13 25:17
release 17:20 18:11,24 19:11,20 20:2,5,8,11
releases 13:3 13:6 21:7
remind 17:9 21:18
rephrase 10:16
report 13:8 13:11 14:15 15:22 21:11
reporter 5:15 10:12,24
reporting 1:24 30:14
reports 15:16
represent 7:9
represented 6:5
representing 6:14,16
reschedule 7:10
rescinded 26:11,15
rescission 26:18 27:11
research 19:7
residential 18:18
respond 11:1
response 8:14 8:17,21
responsible 14:10,13 15:2,5,8,12 15:15,25 24:11
responsive 8:9
results 14:15
revenue 19:10,22
review 5:11 22:9
Ridge 18:14 20:13
right 4:5 6:19 8:10 12:6 14:1 21:8 27:23 28:6 28:16 29:10
rights 9:11 12:11 16:13 16:17 17:7
28:2
risk 14:7
Road 18:14 20:14
Robert 18:1 18:3
role 12:25 13:5 14:4 16:12,16 17:6
rules 10:10

**S**
S 2:7 3:1 4:1 30:9
searching 8:8
SEC 5:17 6:23 7:18 9:23 16:8 17:13 21:22 22:4 28:19
section 23:2 23:4,7
secured 25:1 25:5,22
securities 1:1 1:9 2:3,6 4:24 5:2 12:10 30:11
see 21:4
seen 8:6 20:24
self-incrimi... 8:14 9:2,16 10:6
sell 13:20 19:5,24
September 22:23 26:16 26:20 27:2
Services 1:24
shareholders 19:17
shares 22:22 23:1,6,10 23:13,16 26:10,14,18 26:23 27:11 27:22
sheet 22:23 23:2,7,11
short 8:15 28:9
show 9:14
side 22:25
sign 22:7 23:25
sold 23:13
sorry 27:10
South 1:10
specific 25:23
specified 24:5
spell 4:17
staff 8:23 28:19
start 10:19
state 4:17 5:4 9:8
stated 24:7
statement 15:3 21:15 26:20,24 27:3
statements 16:1,8 22:3 22:9,13,16 24:12,24 29:4
States 1:1 4:24
stock 23:13 23:16 24:5 24:17 25:7
stockholders' 23:4,6
stop 10:22
strategic 8:5 11:17,19 12:13,25 13:13,17,19 13:25 14:4 14:11,18,21 15:3,18 16:4,12,20 17:6 18:7 18:20 19:7 19:22 22:4

EXHIBIT 18
PAGE 185

1/13

22:18,22
23:13,16,23
24:1,20
25:13,18,20
26:19
**Strategic's**
13:3,6
15:25 16:16
16:25 17:19
18:10,11,23
19:16,19
20:1,4,7,10
21:7,11,14
27:2,14,18
28:5
**strategy**
14:11
**Street** 1:10
2:14 6:11
**structural**
20:19
**subpoena** 3:8
3:9 7:3,5
8:4,9,23
**subscribed**
22:21 23:1
23:6,10
27:22
**subsequent**
26:22 27:1
**substantive**
8:14
**Suite** 2:7
**supervising**
15:12
**Supplemen...**
5:22
**Sure** 28:12
**swear** 4:8
30:10
**sworn** 4:14
**system** 15:9
15:21
**systems**
14:14

---
**T**
---
**T** 3:1,1
**T-i-v-a-d-a-r**

4:19
**taken** 28:15
**telephone**
6:11
**tell** 4:8
**Teller** 17:24
18:5,12
20:14,19
**tendered**
8:22
**term** 24:3
**testified** 4:14
**testify** 28:25
**testimony**
7:10 9:1,5
10:12 11:8
**Thank** 29:9
**thing** 10:14
**think** 8:11
**three** 21:15
**time** 4:3,3
8:11 10:15
28:17,24
29:11,12
**Tivadar** 1:7
3:4 4:12,19
30:4
**today** 6:14,17
7:6 11:2,8
29:5
**Tonya** 2:5
4:21
**transaction**
24:12,18
**transactions**
15:22
**transcript**
30:14
**true** 17:2
18:17,20
20:13,17
22:21,25
23:9,22
26:10,14
30:13
**truth** 4:9,9,9
**truthful** 9:13
**try** 10:20
**Tuesday** 1:12

30:6
**Tullis** 2:5
4:21
**Two** 11:11

---
**U**
---
**U.S** 30:11
**undersigned**
30:10
**understand**
9:18 10:2
10:15 11:1
17:17 21:25
**understan...**
8:12 9:7
**understood**
10:18
**United** 1:1
4:23
**upgrades**
20:19,21,24
**use** 20:15
28:13

---
**V**
---
**vested** 25:8
**video** 1:14
2:4,5
**view** 18:6
**violations** 5:1
5:4
**voluntarily**
9:17

---
**W**
---
**want** 7:21
**Wasn't** 26:18
**way** 10:23
25:5
**we'll** 10:10
28:14
**we're** 4:2
6:25 28:16
**Whitehead**
23:19 25:14
**wish** 9:7,15
29:3,7
**witness** 1:7
2:11 3:3 4:7
4:13 6:22

7:13,16,25
11:4,13
28:12,22
29:2,6 30:4
**word** 14:24
**words** 9:12
**Wouldn't**
26:22
**written** 16:4

---
**X**
---

---
**Y**
---
**Yeah** 5:15
**year** 21:11
**yield** 19:14

---
**Z**
---
**zoned** 20:15

---
**0**
---

---
**1**
---
**1** 1:8 23:10
**1-A** 22:4,7,10
22:16 24:13
24:24 26:11
27:6,10,14
27:18 28:1
28:1
**10th** 2:14
6:10 17:20
**12:18** 1:16
4:3
**12:45** 28:8,14
**12:51** 28:17
**12:52** 29:11
29:14
**13th** 22:4
**14th** 6:21
**1662** 3:7 5:13
**1710** 2:14
6:10
**1800** 2:7

---
**2**
---
**2/23** 11:13
**2013** 21:12
22:23 26:20
27:2

**2014** 6:21
7:17 17:20
18:10,23
19:11,17,20
20:2,5,8,11
21:16 22:5
26:12,16
**2015** 1:12 4:4
29:12 30:6
**202** 1:25
**20th** 18:10
**24** 1:12 30:6
**24th** 4:3
18:23 19:11
19:17 29:12
**25th** 19:20
**27th** 20:11
**28** 3:7 5:14
5:17,23,25
**28th** 20:2
**29** 3:8 6:22
6:23 7:4

---
**3**
---
**30** 3:9 7:15
7:18 8:3
10:5
**305** 2:9
**30th** 22:23
26:20 27:2
**31** 1:8
**310** 2:16
**310)798-72...**
6:12
**31st** 21:12,16
**33131** 2:8
**3rd** 20:4

---
**4**
---
**4** 3:4 23:4,10
**444** 1:10
**467-9200**
1:25

---
**5**
---
**5** 3:7
**505-10-45**
26:2

---
**6**
---

**6** 3:8
**6th** 20:8

---
**7**
---
**7** 3:9
**798-7216**
2:16

---
**8**
---
**801** 2:7
**847** 18:14
20:13
**8th** 26:11

---
**9**
---
**9** 7:17
**9:18** 1:16 4:3
**9:45** 28:8
**9:51** 28:17
**9:52** 29:11,13
**90017** 1:11
30:7
**90266** 2:15
6:11
**982-6300** 2:9
**9th** 1:10

EXHIBIT 18
PAGE 186