# EXHIBIT 19

EXHIBIT 19
PAGE 187

# Small Cap Reporter's Instablog

- Executive Interview: Strategic Global Investments CEO, Andrew Fellner **3 comments**

Feb 28, 2014 11:18 AM | about stocks: STBV

**Executive Interview**

**Strategic Global Investments CEO Andrew Fellner**

I recently reported on a company called Strategic Global Investments, Inc. (OTCPK:STBV). This company has two distinct areas of interest, which include online & mobile marketing media for B2B clients, and has also entered into the recreational & medical marijuana industry through its Bearpot, Inc. subsidiary. The company's stock has been seeing trading volume increase over the last few weeks and after posting my last article, I had the pleasure of actually interviewing the CEO, Andrew Fellner, personally. This is what he had to say:

1. **In a few words, can you explain what the company does or is planning to do?**

Strategic Global (OTCPK:STBV) operates within two separate focal points, although they compliment each other extremely well.

We are engaged in providing our customers with various opportunities to use the internet to provide on-demand information or advertising to targeted audiences. We do this in three ways: we produce informational content videos for customers, we permit customers to use our studios to produce their own informational content videos and we provide a website where our subscribers can make available live, streaming video for their potential customers or others they wish to reach. We produce internet content, largely taped video shows, in our studios in San Diego, California and utilize our content management system ("CMS"). This content is then made available to the target audience directly through our internet website **WaZilloMedia.**com (the "Media Site") or through a link on our customer's website.

We also have the ability, through our **Wazillo**.com website (the "Streaming Site"), to show potential customers of our subscribers an online network of streaming video from webcams located at restaurants, bars, nightclubs and similar venues, which shows these potential customers what is happening in those venues on a real time basis.

Our second point of focus and the most recent that we have achieved as a company is a marijuana cultivations center This recent acquisition may be the new focus for investors but the company is working on much more than just "growing pot".

We are also focusing on marketing merchandise and combining out video expertise with the MJ growing business.

2. **What Direction do you see your industry headed toward?**

The industry for mobile apps as well as recreational marijuana is growing by the minute so we hope that more states get on board and we are able to expand our business exponentially within the next 3-5years.

3. **What are the key risks the company faces right now?**

The key risks that the company faces right now are really related to human resources and making sure that all of our new employees are hard working and responsible. As far as the market goes we are doing great and I couldn't be happier with the volume in the stock.

4. **What projects are you currently looking to begin and/or complete?**

As I had mentioned before we are very excited for our most recent acquisition, which was announced only on Feb 20th. You can also find the PR on OTCmarkets.com or through Yahoo!Finance.

5. **What are the current challenges you're facing that could prevent or slow progress from this/these project(s)?**

Progress from this point forward is going to be determined on two things; The growth of the users on our mobile app and of course the number of states that are going to recreationally legalize marijuana. With the diversity of projects we have I'd say that this is the best place the company has ever been in.

6. **If all goes as planned, how much revenue does the company anticipate generating from this/these project(s)?**

I don't want to give out a number just yet but once the final paperwork is complete and all licenses and permits are obtained on the acquisition we will be generating revenue.

7. **Where do you think the most significant growth will occur for the company over the next 3-6months?**

The largest amount of growth that we will see in the next 3-6 months for STBV will surely be in the growing and distributing of medical and recreational marijuana. As more states move for legalization we will also expand and have several other facility acquisition targets in mind. We are also very close to signing an on-line merchandising operation that will bring revenue and new interest to the company.

8. **What are you doing to capitalize on the company's strengths and minimize the company's weakness?**

**EXHIBIT 19**
**PAGE 188**

Right now we're focusing on the development of our latest acquisition of Bearpot Inc. We're actively searching for marijuana business in the US and Canada that will be compatible with our current incubation and development platform. The market is so fresh and yet already has such a large existing customer base; it's hard not to get involved. However entry into the market needs to be done correctly the first time around. With that said, we would look to mitigate risk through proper planning and through making strategic partnerships with businesses looking for a quality product to sell.

**Conclusion**

Andy went on to express his excitement for the months to come. I was honored to be able to sit with him and discuss all of his new endeavors. He was very positive when discussing what he has planned for 2014 and most importantly, he was very grateful for his current shareholders supporting the company.

Note from Small Cap Reporter:

Small and micro cap companies involve a higher risk. The above interview was conducted solely for the purposes of first hand information and more incite into the company. Information from this interview may contain statements about future expectations, plans, prospects or performance of Strategic Global Investments, Inc. that constitute forward-looking statements for purposes of the Safe Harbor Provisions under the Private Securities Litigation Reform Act of 1995. Words and phrases "can be", "expects", "may affect", "believed", "estimate", "project" among others are intended to identify forward-looking statements. Please be advised that forward-looking statements are not a guarantee of future performance. None of the information in this interview constitutes or is intended as an offer to sell securities or investment advice of any kind. Actual results may differ materially from those anticipated in such forward-looking statements as a result of various factors, some of which are beyond the company's control, including attracting and retaining key talent. In addition to press releases, all public filings and forward-looking statements made by management, are to include, but are not limited to, the estimate of the sufficiency of capital resources, the ability to raise additional capital to fund future operations, repay existing indebtedness, and uncertainties involving estimating market opportunities include, and in identifying which contracts matches the company's capability to be awarded such contracts. All such forward-looking statements are current only as of the date on which statements were made. The above company or this contributor do not undertake any obligation to publicly update any forward-looking statement to reflect events or circumstances after the date on which any such statement is made or to reflect the occurrence of unanticipated events.

Stocks: [STBV](#)

- Share this Instablog with a colleague

0
Tweet                                                   Like                                                    0

**Comments (3)**



**dollarmakmehollar**
, contributor
, [premium contributor](#)
| + Follow Following - Unfollow | Send Message

Why did he hire someone to create a Facebook page when he states in your interview that's what stbv does lol



**pro bono**
, contributor
, [premium contributor](#)
| + Follow Following - Unfollow | Send Message

The article in my opinion could have been strengthened with some discussion on how STBV will be financing their new endeavors. Does the company need to raise capital and how will that be accomplished? What is the company's position on dilution of the current A/O?



**Small Cap Reporter**
, contributor
, [premium contributor](#)
| + Follow Following - Unfollow | Send Message

Author's reply » I believe the first part of your question can be partly addressed from the company's press release this morning. As to the second part, that would certainly be a great question for the company.

**Instablogs** are Seeking Alpha's free blogging platform customized for finance, with instant set up and exposure to millions of readers interested in the financial markets. [Publish your own instablog](#) in minutes.

EXHIBIT 19
PAGE 189