# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STRATEGIC GLOBAL INVESTMENTS, INC. AND ANDREW T. FELLNER,<br><br>Defendants. | Case No. 16-cv-00514-JLB (WVG)<br><br>STIPULATION |

By their undersigned counsel, plaintiff Securities and Exchange Commission and defendants Strategic Global Investments, Inc. and Andrew T. Fellner hereby stipulate and agree as follows:

1. The following documents contained in the Appendix hereto are authentic within the meaning of Fed. R. Evid. 901(a):

| | |
|---|---|
| 1 | Teller County Ordinance #18 |
| 2 | Strategic Press Release (2/10/2014) |
| 3 | Strategic Press Release (2/20/2014) |
| 4 | Strategic Press Release (2/24/2014) |
| 5 | Strategic Press Release (2/25/2014) |
| 6 | Strategic Press Release (2/28/2014) |
| 7 | Interview of Andrew Fellner (2/28/2014) |
| 8 | Strategic Press Release (3/27/2014) |
| 9 | Commission Subpoena to Strategic (7/9/2014) |
| 10 | Letter from Warren Archer (8/18/2014) |
| 11 | Strategic Amendment No. 3 to Form 1-A |
| 12 | Colorado Secretary of State Document for Bearpot, Inc. |
| 13 | Letter from Warren Archer (8/28/2014) |
| 14 | Strategic Company Information and Disclosure Statement for Three Months Ended March 31, 2014 |

| 15 | Strategic Company Information and Disclosure Statement For the Year ended December 31, 2013 |
|----|---|
| 16 | Letter from Warren Archer (3/29/2014) |
| 17 | Teller County Resolution No. 06-28-2012 (31) |

2. The documents attached as Exhibit 18 to the Appendix (bate stamped STRATEGIC 0001 through STRATEGIC 00096) are the documents contained on the DVD referred to in Mr. Archer's August 18, 2014 letter (Appendix Exh. 10).

3. The documents attached as Exhibit 19 to the Appendix (bate stamped STRATEGIC 00097 through STRATEGIC 000117) are the documents contained on the DVD referred to in Mr. Archer's August 28, 2014 letter (Appendix Exh. 13).

4. The premises 847 Ridge Road, Divide, Colorado is located in unincorporated Teller County.

Dated: November 4, 2016

_____
Andrew O. Schiff
Attorney for Plaintiff
Securities and Exchange Commission

Dated: November 14, 2016

_____
Michael W. Jacobs
Attorney for Defendants Strategic Global Investments, Inc. and Andrew T. Fellner