Wilfredo Fernandez
Senior Trial Counsel
U.S. Securities and Exchange Commission
801 Brickell Ave., Ste. 1800 Miami, FL 33131
Telephone: (305) 982-6376
Email: Fernandezw@sec.gov
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **STRATEGIC GLOBAL INVESTMENTS, INC., et al.** <br><br> Defendant. | Case No.: 16-cv-00514-JLB (WVG) <br><br> **PLAINTIFF'S NOTICE OF FILING OF EXHIBITS TO MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiff, U.S. Securities and Exchange Commission submits this Notice pursuant to the Court's Order dated March 28, 2017 (D.E. 32). Attached is the Appendix to the previously filed stipulation in support of the SEC's Motion for Partial Summary Judgment (D.E. 22-3) consisting of Exhibits 1-19.

Dated: March 29, 2017

/s/ Wilfredo Fernandez
Wilfredo Fernandez
Senior Trial Counsel
Tel: (305) 982-6376
Email: fernandezw@sec.gov
Fla. Bar No. 142859

Securities and Exchange Commission
801 Brickell Ave., Ste. 1800
Miami, FL 33131

Attorney for Plaintiff