UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| Securities and Exchange Commission | ) |
| | ) |
| vs. | ) CASE NO. 3:16-cv-005 14-JLB-WVG |
| | ) |
| | ) **PRAECIPE** |
| Strategic Global Investment, Inc. et al. | ) |
| | ) |

TO THE CLERK:

Please certify the enclosed two (2) abstract of judgments.

PARTY NAMED ON THE ABSTRACT OF JUDGMENT:

Andrew Fellner

DATE: October 1, 2018

Adriana Johnson
Name
100 F St. NE, Washington DC 20549
Address

Date Issued: 10/2/2018

202-551-6141
Telephone